UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-260-RJC

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| TREE TOP CONDOMINIUM ASSOCIATION, INC; JOHN LOSACCO, HAROLD COTESE, DAVID HARRIS, JAMES OBEE & CRAIG SCHALLENKAMP, in their official capacities as the Board of Directions for Tree Top Condominuim Association, Inc., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the plaintiff's Motion to Voluntarily Dismiss Claims, pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 5). The defendant does not object to the motion.

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion is **GRANTED**, and this matter is **DISMISSED** without prejudice.

Signed: June 26, 2008

Robert J. Conrad, Jr.
Chief United States District Judge